JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-17-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKEL WEST,<br><br>  Petitioner,<br><br>vs.<br><br>A. GONZALES, Warden,<br><br>  Respondent. | Case No. CV 14-1373-FMO (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 9-15-14

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE